UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MACK TRUCKS, INC.,

              Plaintiff,

  -against-                       Civil Action No:
                                   1:07-CV-03631-PAC

JOHNNY M LLC, and COMPONENTS BY     Rule 7.1 Statement
JOHN McCOY, INC.,
                                   ECF CASE
              Defendants
----------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MACK TRUCKS, INC., (a private non-governmental party) certifies that MACK TRUCKS, INC. is a subsidiary of Volvo Trucks, N.A., and is not a publicly-held entity.

Dated:    Mineola, New York
           April 20, 2007

                                              MARY D. MILONE   MDM5868