**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MACK TRUCKS, INC.,

                Plaintiff(s)/Petitioner(s)

- against -

JOHNNY M., LLC, AND
COMPONENTS BY JOHN MCCOY, INC.,

                Defendant(s)/Respondent(s)

INDEX #: 07 CV 3631
DATE FILED: 05/08/2007
JUDGE: CROTTY

---

STATE OF NEW YORK: COUNTY OF ALBANY: ss:

J.R. O'ROURKE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/16/2007, 01:30PM at 41 STATE STREET, ALBANY NY, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT & COPY OF INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN on JOHNNY M., LLC, a defendant in the above action.

Deponent served CAROL VOGT, an employee with the NEW YORK Secretary of State, with 2 copies of the above described papers and a fee of $40.00, pursuant to section 306 of the BCL.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 41   Approximate height 5'04"   Approximate weight 130   Color of skin WHITE   Color of hair BROWN   Other GLASSES

MAIMONE & ASSOCIATES PLLC
170 OLD COUNTRY ROAD
SUITE # 502
MINEOLA, NY 11501
(516)390-9595

J.R. O'ROURKE

Sworn to before me on 05/17/2007
PATRICIA A. BURKE NO. 4922372
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES FEB 28, 2010

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726