ROBERT FIERMAN
ATTORNEY AT LAW
52 VANDERBILT AVENUE
SUITE 1007
NEW YORK, NEW YORK 10017

TEL: 212-490-3400        EMAIL: RFIERMANESQ@AOL.COM        FAX: 212-687-2279

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 8 2007

June 14, 2007

June 18, 2007
Application **GRANTED**
SO Ordered

/s/ Paul Crotty
USDJ

By Fax: 212-805-6304

Hon. Paul A. Crotty
U.S. District Judge
500 Pearl Street, 20C
New York, NY 10007

Re: *Mack Trucks, Inc. v. Johnny M., LLC, et ano.*, 07 CV 3631 (PAC)

Your Honor:

I am being retained by defendant Johnny M., LLC ("Johnny M."). Plaintiff's counsel, Mary D. Milone, Esq. of Maimone & Associates PLLC, has consented to extend Johnny M.'s time to file its Answer to July 6, 2007. In making this request, Johnny M. is waiving objection to personal jurisdiction.

Accordingly, please grant the within application by Johnny M. for leave to file its Answer on or before July 6, 2007. Thank you.

Very truly yours,

Robert Fierman
RF 6390

cc: Mary D. Milone, Esq. (by fax: 516-877-0321)

MEMO ENDORSED