```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MACK TRUCKS, INC.,                              Case No. 07 CV 3631

                                                   JUDGE CROTTY
                  Plaintiff,

        - against -                              ANSWER

JOHNNY M., LLC and COMPONENTS BY
JOHN McCOY, INC.,

                  Defendants.
----------------------------------------X
```

The Defendant COMPONENTS BY JOHN McCOY, INC. appearing by the undersigned, as and for an answer, alleges as follows:

1. Denies and reserves to the court all questions of law as to paragraphs 1, 2, 7, 8, 9, 10, 12, 13, 21, 23, and 25.

2. Denies knowledge and information sufficient to form or belief as to paragraphs 3, 6, 14, 15, 18, 20, 22 and 30.

3. Denies upon information and belief the allegations contained in paragraph 4.

4. Repeats, reiterates and realleges each and every denial herein contained as to paragraphs 19, 24, 28 and 34.

**AS AND FOR A SEPARATE AND DISTINCT
AFFIRMATIVE DEFENSE THE DEFENDANT COMPONENTS
BY JOHN McCOY, INC. ALLEGES AS FOLLOWS**

5. The agreements referred to herein with regard to this Defendant are not in writing and required to be such by

the Statute of Frauds, in particular § 5-701 of the General Obligations Law of the State of New York.

**AS AND FOR A SECOND SEPARATE AND DISTINCT
AFFIRMATIVE DEFENSE THE DEFENDANT ALLEGES
AS FOLLOWS**

6.   That the claims against this answering Defendant COMPONENTS BY JOHN McCOY, INC. are in violation of the Pennsylvania statutes, and consolidated statutes annotated (Currentness, Title 33, Section 3).

By reason of the foregoing, the Defendant COMPONENTS BY JOHN McCOY, INC. demands that this action be dismissed together with the costs and disbursements of the same.

Dated:    New York, New York
          June 18, 2007

                                        Yours, etc.

                                        NEIL L. FUHRER & ASSOC. LLP
                                        Attorneys for Defendant
                                        Components by John McCoy, Inc.

                                        By_____
                                               NEIL L. FUHRER
                                               NLF-6861

                                        OFFICE & POST OFFICE ADDRESS
                                        750 THIRD AVENUE
                                        NEW YORK, NEW YORK 10017
                                        (212) 681-7888

TO:   MAIMONE & ASSOCIATES, PLLC
      Attorneys for Plaintiff
      170 OLD COUNTRY ROAD
      SUITE 609
      MINEOLA, NEW YORK 11501

c:\compon\mack-answ