```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
MACK TRUCKS, INC.,                              Case No. 07 CV 3631

                        Plaintiff,              **INITIAL DISCLOSURE
                                                OF** DEFENDANT
        -against-                               **COMPONENTS BY
                                                JOHN McCOY, INC.**

JOHNNY M., LLC and COMPONENTS BY
JOHN McCOY, INC.,

                        Defendants.
--------------------------------------x
```

C O U N S E L:

**PLEASE** TAKE **NOTICE** that the Defendant COMPONENTS BY JOHN McCOY, INC. makes the following disclosures pursuant to Fed. **R.** Civ. P. 26(a) (1):

(A)

Following is the name, address and telephone number (where available) of each person likely to have discoverable information that may be used by Plaintiff, and a brief description of the information:

> John McCoy II, Pres.
> Components by John McCoy, Inc.
> 20 West 55th Street
> New York, NY 10019
> 212-969-9683

> Information concerning (i) the negotiation and execution of the "Licensed Marks" under a certain Trademark License Agreement, by and between plaintiff, Mack Trucks, Inc., and defendant Components By John McCoy, Inc. (the "License Agreement") and the negotiation and execution of the "License Agreement", (ii) the negotiation and execution of the Trademark Sublicense Agreement, by and between Components By John McCoy, Inc., (the "Sublicense Agreement") and (iii) Components by John McCoy's discharge of its obligations to plaintiff under the License Agreement.

Bart Nachamie, Esq.

Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022
**212—754—9400**

   Similar to above. Represented Johnny M., LLC during events complained of.

   (B) Components By John McCoy, Inc.'s documents relevant to this matter consist of the cover letter and alleged Trademark License Agreement dated May 17, 2004, letter from Mack Trucks, Inc. to Johnny M., LLC dated May 4, 2004, letter from Todtman, Nachamie, Spizz & Johns, P.C. to Thomas J. Maimone, Esq. dated October 25, 2006.  To the best of the knowledge of Components By John McCoy, Inc., Components By John McCoy, Inc. has no other relevant documents that are now in plaintiff's possession.

   ©) Components By John McCoy, Inc. is not claiming damages.

(D)   There is no insurance agreement
Dated:   New York, New York
         August 20, 2007


                                        750 Third Avenue, 4th Floor
                                   NEIL L. FUHRER & ASSOC. LLP
                                        (212) 681-7888
                                   _____
                                   NEIL L. FUHRER, ESQ.
                                   *Attorneys for Defendant*
                                   *Components By John McCoy, Inc.*

   TO: MAIMONE & ASSOCIATES, PLLC
       Attorneys for Plaintiff
       170 OLD COUNTRY ROAD
       SUITE 609
       MINEOLA, NEW YORK 11501

       ROBERT FIERMAN, ESQ.
       Attorney for Defendant
       Components By John McCoy, Inc.
       52 VANDERBUILT AVENUE- SUITE 1007
       NEW YORK, NEW YORK 10017