```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
MACK TRUCKS, INC.,                              Case No. 07 CV 3631

                        Plaintiff,         INITIAL DISCLOSURE
                                           OF DEFENDANT
        -against-                          COMPONENTS BY
                                           JOHN McCOY, INC.
JOHNNY M., LLC and COMPONENTS BY
JOHN McCOY, INC.,

                        Defendants.
---------------------------------------x
```

C O U N S E L:

**PLEASE** TAKE **NOTICE** that the Defendant COMPONENTS BY JOHN McCOY, INC. makes the following disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

( A )

Following is the name, address and telephone number (where available) of each person likely to have discoverable information that may be used by Plaintiff, and a brief description of the information:

> John McCoy II, Pres.
> Components by John McCoy, Inc.
> 20 West 55th Street
> New York, NY 10019
> 212-969-9683

Information concerning (i) the negotiation and execution of the "Licensed Marks" under a certain Trademark License Agreement, by and between plaintiff, Mack Trucks, Inc., and defendant Components By John McCoy, Inc. (the "License Agreement") and the negotiation and execution of the "License Agreement", (ii) the negotiation and execution of the Trademark Sublicense Agreement, by and between Components By John McCoy, Inc., (the "Sublicense Agreement") and (iii) Components by John McCoy's discharge of its obligations to plaintiff under the License Agreement.

Bart Nachamie, Esq.

Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022
**212—754—9400**

Similar to above. Represented Johnny M., LLC during events complained of.

(B) Components By John McCoy, Inc.'s documents relevant to this matter consist of the cover letter and alleged Trademark License Agreement dated May 17, 2004, letter from Mack Trucks, Inc. to Johnny M., LLC dated May 4, 2004, letter from Todtman, Nachamie, Spizz & Johns, P.C. to Thomas J. Maimone, Esq. dated October 25, 2006. To the best of the knowledge of Components By John McCoy, Inc., Components By John McCoy, Inc. has no other relevant documents that are now in plaintiff's possession.

©) Components By John McCoy, Inc. is not claiming damages.

(D)   There is no insurance agreement
Dated:   New York, New York
         August 20, 2007

```
                                         750 Third Avenue, 4th Floor
                                    NEIL L. FUHRER & ASSOC. LLP
                                         (212) 681-7888
                                    NEIL L. FUHRER, ESQ.
                                    Attorneys for Defendant
                                    Components By John McCoy, Inc.
```

TO: MAIMONE & ASSOCIATES, PLLC
    Attorneys for Plaintiff
    170 OLD COUNTRY ROAD
    SUITE 609
    MINEOLA, NEW YORK 11501

    ROBERT FIERMAN, ESQ.
    Attorney for Defendant
    Components By John McCoy, Inc.
    52 VANDERBUILT AVENUE- SUITE 1007
    NEW YORK, NEW YORK 10017

—2—