Case 1:07-cv-03631-PAC    Document 13    Filed 03/18/2008    Page 1 of 1



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 8 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Mack Trucks, Inc.

        Plaintiff,

-against-

Johnny M, LLC., et al.,

        Defendants,
------------------------------------------------------------X

07 Civ. 3631 (PAC)(DCF)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X** Settlement: _45_
_____
_____

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

=====================================================
* Do not check if already referred for general pretrial

SO ORDERED

_____
Paul A. Crotty
United States District Judge

DATED:   New York, New York
               March 18, 2008